IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Donnie R. Phillips, | ) | No. 1:08-CV-1388-FJM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Timothy Turmezei, et al., | ) | |
| Defendants. | ) | |

    After review of the docket, the court notes that the first amended complaint was filed in this matter on March 16, 2009, and has not been served upon the defendant, A. Murphy, pursuant to Rule 4(m), Federal Rules Civil Procedure.

    Plaintiff is notified that this matter will be dismissed as to defendant, A. Murphy, in ten days of the docketing of this order if plaintiff fails to show good cause before that date for his failure to serve the summons and complaint.

    DATED this 25th day of March, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge