IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donnie R. Phillips, ) | No. 1:08-cv-1388-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Timothy Turmezei et al, ) | |
| Defendant. ) | |

The court has before it the defendants' Motion to Modify the Scheduling Order to accommodate the late arrival of the defendant Murphy. Some of the dates in the Order passed before Murphy was served. It is reasonable to extend those dates for Murphy by a modest amount. It is also reasonable to modify the schedule so that all defendants can join in a single motion for summary judgment. Accordingly, it is ORDERED GRANTING the defendants' Motion to Modify the Schedule (doc. 47). Murphy shall have to September 15, 2010 to make his initial disclosures and expert disclosures. He shall have to October 30, 2010 to conduct discovery. All parties shall have to October 30, 2010 to comply with ¶6 of the Scheduling Order (doc. 35), and the dispositive motion cutoff date is extended to November 30, 2010.

/ / /

1  Given the age of this case, no further extensions can be granted.

2  DATED this 7th day of October, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge