**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donnie Phillips, | No. 1:08-cv-1388-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Timothy Turmezei, et. al., | |
| Defendants. | |

The court has before it defendants request for order to file documents under seal (doc. 52-7). Plaintiff did not file an objection.

Defendants request to file exhibit B in support of their motion for summary judgment under seal because it contains gang materials as determined by the California Department of Corrections and Rehabilitation. Defendants cite Title 15 as authority prohibiting plaintiff from maintaining a copy of these materials in his cell.

When assessing a request to seal, there is a "strong presumption in favor of access" which may be overcome only on the basis of articulable facts known to the court, not on the basis of unsupported hypothesis or conjecture. Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006).

Here, defendants only seek to have sealed those gang related materials it confiscated from plaintiff pursuant to California Code of Regulations ("C.C.R.") Title 15 § 3378. We

1  have reviewed exhibit B and agree with defendants that there are safety concerns that would
2  arise from plaintiff being able to maintain copies of these materials in his cell on a regular
3  basis.
4      THEREFORE, we GRANT defendants' request to file exhibit B under seal, provided
5  that defendants make arrangements with plaintiff's correctional counselor for plaintiff to
6  review and inspect exhibit B.  See C.C.R Title 15, § 3378(C), (D), (G) (requiring staff to
7  disclose material evidencing gang activity to the inmate in a "written form that will not
8  jeopardize the safety of any person or security of the institution").
9      DATED this 8th day of December, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -