**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donnie Phillips, | No. 1:08-CV-1388-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Timothy Turmezei, et. al., | |
| Defendants. | |

The court has before it plaintiff's motion to vacate (doc. 80). Defendants did not respond.

On February 23, 2011, we issued an order granting summary judgment on plaintiff's claims for violations of the First and Fourteenth Amendments. Plaintiff now moves to vacate under Rule 59(e), Fed. R. Civ. P. A motion to alter or amend judgment under Rule 59(e), Fed. R. Civ. P. is an "extraordinary remedy, to be used sparingly" and granted only in "highly unusual circumstances." Kona Enter. Inc. v. Estate of Bishop, 229 F.3d 877, 890 (9th Cir. 2000). We have reviewed plaintiff's motion and our order. The facts and circumstances which caused us to grant summary judgment have not changed. No new facts have been discovered and there has been no intervening changes in controlling law. Plaintiff simply rehashes arguments raised in his original response. The court did not commit clear

1  error or make a decision that was manifestly unjust.

2  Therefore, **IT IS ORDERED DENYING** plaintiff's motion to vacate (doc. 80).

3  DATED this 11th day of April, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge